463 A.2d 26

Commonwealth v. Katzin, Appellant.

Submitted May 10, 1982. Andrew G. Gay, for appel-

lant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Affirmed.